IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INMAR, INC. and COLLECTIVE BIAS, INC., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 18-cv-02306 |
| MONICA MURPHY VARGAS and MLW SQUARED, INC., d/b/a AHALOGY, | ) ) Hon. Charles R. Norgle ) ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Monica Murphy Vargas, by her attorneys, moves pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time to answer or otherwise plead. In support of the Motion, Monica states:

1. Plaintiffs filed their 10-Count Complaint on March 29, 2018. A summons was issued to Monica on April 2, 2018, and she was served on April 3, 2018. Monica's responsive pleading is due on Tuesday, April 24, 2018. (Doc. 8.)

2. Chuhak & Tecson, P.C. was recently retained to represent Monica and has been diligently investigating the allegations of the Complaint. Chuhak needs an additional 30 days, up to and including May 24, 2018, to complete its investigation and to prepare Monica's responsive pleading.

3. Counsel for Plaintiffs has indicated that they have no objection to the relief sought in this Motion.

4. This extension is not sought for the purposes of delay, and an extension will not prejudice the rights of any party.

- 2 -

WHEREFORE, Defendant Monica Murphy Vargas respectfully requests that the Court grant her 30 additional days, up to and including May 24, 2018, to answer or otherwise plead, and for any such other and further relief the Court deems just and appropriate.

Dated:  April 13, 2018	Respectfully submitted,

By:  /s/ Kristen E. Hudson
Kristen E. Hudson (6281191)
Ryan A. Haas (6283020)
CHUHAK & TECSON, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 444.9300
Facsimile: (312) 444.9027
khudson@chuhak.com
rhaas@chuhak.com
*Attorneys for Defendant*
*Monica Murphy Vargas*

## CERTIFICATE OF SERVICE

    I, Kristen E. Hudson, the undersigned attorney, certify that a true and correct copy of the foregoing **Unopposed Motion for an Extension of Time to Answer or Otherwise Plead** was filed electronically using the Court's CM/ECF system, causing a true and correct copy to be served on all counsel of record on this 13th day of April 2018.

                                              /s/ Kristen E. Hudson

4840-3206-9218.1.29490.66752