IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INMAR, INC. and COLLECTIVE BIAS, INC., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　　v. <br><br> MONICA MURPHY VARGAS and MLW SQUARED, INC., d/b/a AHALOGY, <br><br>　　　　　　　　　　Defendants. | Case No: 18-cv-2306 <br><br> Judge Charles R. Norgle |

**UNOPPOSED MOTION OF DEFENDANTS MONICA MURPHY VARGAS AND MLW SQUARED, INC. FOR LEAVE TO FILE AN OVERSIZED COMBINED BRIEF**

Defendants Monica Murphy Vargas ("Monica") and MLW Squared, Inc., d/b/a Ahalogy ("Ahalogy") (collectively "Defendants") respectfully move, unopposed, for leave to file a combined Memorandum of Law in Support of Their Motion to Dismiss in excess of the page limitation. In support of this motion, Defendants state as follows:

1. Monica's and Ahalogy's motions to dismiss are due on May 24, 2018. *See* ECF Nos. 10, 20.

2. Monica's and Ahalogy's may each file a memorandum in support of their respective motions to dismiss fifteen (15) pages in length. Local Rule 7.1.

3. In the interest of judicial efficiency, Defendants have been preparing a combined Motion to Dismiss and Memorandum in Support of Their Motion to Dismiss to prevent repetitive briefing.

4. Accordingly, Defendants seek to file an additional six (6) pages, totaling twenty-one (21) pages, for their combined Memorandum in Support of Their Motion to Dismiss. A copy of the proposed combined brief is attached as Exhibit A.

5. The relief sought by Defendants will not delay these proceedings or prejudice Plaintiffs, but instead allow for a more efficient and coherent presentation of each Defendant's responsive pleading.

6. Defendants have sought Plaintiffs' counsel's consent to the relief sought herein, and Plaintiffs' counsel does not object.

WHEREFORE, for the foregoing reasons, Defendants respectfully request leave to file their proposed combined memorandum, in excess of the fifteen-page limitation of Local Rule 7.1.

| | |
|---|---|
| Dated: May 23, 2018 | Respectfully submitted, |

MLW SQUARED, INC., d/b/a AHALOGY

/s/ Daniel R. Saeedi
Carrie A. Hall (6269884)
cahall@taftlaw.com
Daniel R. Saeedi (6296493)
dsaeedi@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000

 -and-

MONICA MURPHY VARGAS

Kristen E. Hudson (6281191)
khudson@chuhak.com
Ryan A. Haas (6283020)
rhaas@chuhak.com
CHUHAK & TECSON, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 444-9300

22627056.3