IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INMAR, INC. and COLLECTIVE BIAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MONICA MURPHY VARGAS and MLW SQUARED, INC., d/b/a AHALOGY, <br><br> Defendants. | Case No: 18-cv-2306 <br><br> Judge Charles R. Norgle |

**JOINT MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT**

Defendants Monica Murphy Vargas and MLW Squared, Inc., d/b/a Ahalogy (collectively "Defendants") submit this joint Motion to Dismiss the Complaint. For reasons presented in the concurrently-filed Memorandum of Law, Plaintiffs Inmar, Inc. and Collective Bias, Inc. have not stated valid claims, and the Complaint should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, Defendants respectfully request that the Complaint be dismissed in its entirety with prejudice, awarded their costs, and for any other relief that this Court deems just and proper.

| | |
|---|---|
| Dated: May 24, 2018 | Respectfully submitted, |
| MONICA MURPHY VARGAS | MLW SQUARED, INC., d/b/a AHALOGY |
| */s/ Kristen E. Hudson* (with permission) <br> One of Defendant Monica Murphy Vargas' attorneys | */s/ Daniel R. Saeedi* <br> One of Defendant MLW SQUARED's attorneys |
| Kristen E. Hudson (ARDC #6281191) <br> khudson@chuhak.com <br> Ryan A. Haas (ARDC #6283020) <br> rhaas@chuhak.com <br> CHUHAK & TECSON, P.C. <br> 30 South Wacker Drive, Suite 2600 <br> Chicago, Illinois 60606 <br> Telephone: 312-444-9300 | Carrie A. Hall (ARDC #6269884) <br> cahall@taftlaw.com <br> Daniel R. Saeedi (ARDC #6296493) <br> dsaeedi@taftlaw.com <br> TAFT STETTINIUS & HOLLISTER LLP <br> 111 E. Wacker Drive, Suite 2800 <br> Chicago, Illinois 60601 <br> Telephone: 312-527-4000 |