**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INMAR, INC. and COLLECTIVE BIAS, INC., | |
| Plaintiffs, | Case No: 18-cv-2306 |
| v. | Judge Charles R. Norgle |
| MONICA MURPHY VARGAS and MLW SQUARED, INC., d/b/a AHALOGY, | |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Friday, June 1, at 10:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Charles R. Norgle, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Room 2346, Dirksen Federal Building, and shall then and there present ***Defendants' Joint Motion to Dismiss Plaintiffs' Complaint and Memorandum in Support of Joint Motion to Dismiss Plaintiffs' Complaint,*** **copies of which are hereby served upon you.**

Dated: May 24, 2018

Respectfully submitted,

/s/ Daniel R. Saeedi

Carrie A. Hall (ARDC #6269884)
cahall@taftlaw.com
Daniel R. Saeedi (ARDC #6296493)
dsaeedi@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: 312-527-4000

## **CERTIFICATE OF SERVICE**

    I, Daniel R. Saeedi, an attorney of record in this matter, hereby certify that on May 24, 2018, I caused a copy of the foregoing to be filed with the Court's CM/ECF system, which provides notice to all counsel of record via electronic mail.

/s/ Daniel R. Saeedi