UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Inmar, Inc., et al.
                        Plaintiff,

v.                                   Case No.: 1:18–cv–02306
                                           Honorable Charles R. Norgle Sr.

Monica Murphy Vargas, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 1, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to Set a Date for Initial Status Hearing and to adjourn the Deadline to Submit the Final Pretrial Order and Jury Instructions [43] is granted. Motion hearing held on 2/1/2019. Counsel shall submit an agreed schedule or plan within 14 days. A status hearing is set for 3/1/2019 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.